IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 1 9 2003
ROBERT D. DENNIS, CLERK
US DIST. COURT, WESTERN DIST OF OKLA
BY _____ DEPUTY

| | |
|---|---|
| DIRECTV, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-03-0674-F |
| ) | |
| JOE HURST, et al., ) | **DOCKETED** |
| ) | |
| Defendants ) | |

### ORDER

Upon review of the complaint, it appears to the court that defendants may not be properly joined in this action under Fed.R.Civ.P. 20. Rule 20(a) allows for joinder of defendants where there is a "right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences *and* if any question of law or fact common to all defendants will arise in the action." Fed.R.Civ.P. 20(a) (emphasis added). Pursuant to Fed.R.Civ.P. 21, the court directs plaintiff, DIRECTV, Inc., within ten days of the date of this order, to show cause why all named defendants other than the first named defendant in this action should not be dropped from this action and a separate complaint be filed against each of the dropped defendants.

Entered this 19th day of June 2003.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

03-0674.p001.wpd